**Motion Granted; Appeal Dismissed and Memorandum Opinion filed March 26, 2026**



In The

# Fifteenth Court of Appeals

---

### NO. 15-25-00103-CV

---

**FIROZ DHAMANI, Appellant**

**V.**

**MUSTAPHA OULAD-CHIKH, DERIVATIVELY ON BEHALF OF GLOBAL REAL ESTATE, LLC, Appellee**

---

**On Appeal from the Business Court Division 1A**
**Travis County, Texas**
**Trial Court Cause No. 25-BC01A-0014**

---

### MEMORANDUM OPINION

This is an appeal from an order signed May 23, 2025. On March 20, 2026, the parties filed a joint motion to dismiss the appeal with prejudice. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal with prejudice.

PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.